# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DIRECTTV, INC.
    Plaintiff,

v.          CIVIL ACTION NO. 03-12326-RGS

MICHAEL D. LIUZZI,
    Defendant.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **12:00 NOON. on Thursday, October 14, 2004**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                          ROBERT B. COLLINGS
                          United States Magistrate Judge
            By:

*Kathleen M. Dolan*

Deputy Clerk
617-748-9229

Date: October 4, 2004.

Notice sent to:
John M. McLaughlin, Esquire
Donald G. Kethro, Esquire

Case 1:03-cv-12326-RGS    Document 9    Filed 10/04/2004    Page 2 of 2