# United States District Court
# District of Massachusetts

DIRECT TV, INC.,
             Plaintiff,

             v.                                    CIVIL ACTION NO. 2003-12326-RGS

MICHAEL D. LIUZZI,
             Defendant.


## *REPORT RE: REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*


COLLINGS, U.S.M.J.

     On October 14, 2004,  I held the following ADR proceeding:

\_\_\_\_\_  EARLY NEUTRAL EVALUATION         \_\_X\_\_\_  MEDIATION

\_\_\_\_\_  MINI-TRIAL                                   _____  SUMMARY JURY TRIAL

\_\_\_\_\_  SETTLEMENT CONFERENCE

The plaintiff, plaintiff's counsel and defendant's counsel were present.


[X ]    The case SETTLED.  The Clerk shall enter a 30-day Order.


October 14, 2004                          *Robert B. Collings*
DATE                                              ROBERT B. COLLINGS
                                                       United States Magistrate Judge

Copy to:      Judge Stearns
                    Amy Bressler Nee, Esquire,
                    Counsel for all parties.