UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DIRECT TV, INC.**
    Plaintiff

    v.                    CIVIL ACTION NO. 03-12326-RGS

**MICHAEL D. LIUZZI**
    Defendant

### SETTLEMENT ORDER OF DISMISSAL

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                RICHARD G. STEARNS
                                UNITED STATES DISTRICT JUDGE

            BY: _____
                    /s/ Mary H. Johnson
                    Deputy Clerk

**DATED: 10-19-04**